LATONYA SHADELIA MALONE
P.O. BOX 194
BRUDE, MS 39636

CLEO
1209 ORANGE ST
DALY CITY, CA 94016

MONEY LION
P.O. BOX 1547
SANDY, UT 84091

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CONSUMER PORTFOLIO
ATTN: BANKRUPTCY
PO BOX 57071
IRVINE, CA 92619

MS DHS FCU
P.O. BOX 9602
JACKSON, MS 39286

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

CORNERSTONE
ATTN: BANKRUPTCY DEPT
120 N SEVEN OAKS DR
KNOXVILLE, TN 37922

SEZZLE
251 N 1ST AVE
MINNEAPOLIS, MN 55401

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

TILT
660 YORK ST
SAN FRANCISCO, CA 94110

BESTWAY RENTAL INC
ATTN: BANKRUPTCY DEPT
2703 TELECOM PKW SUITE 190
RICHARDSON, TX 75082

FINGERHUT
ATTN: BANKRUPTCY
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303

WESTLAKE PORTFOLIO
ATTN: BANKRUPTCY
P.O. BOX 76809
LOS ANGELES, CA 90054

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

FIRST PREMIER
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

WFC
ATTN: BANKRUPTCY
P.O.BOX 6429
GREENVILLE, SC 29606

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

ZIP, INC.
PMB 59872
NEW YORK, NY 10003-1502

CHARLES MALONE
P.O. BOX 387
FAYETTE, MS 39069

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

LVNV FUNDING LLC
RESURGENT CAPITAL SERVI
PO BOX 1269
GREENVILLE, SC 29602