Certificate Number: 17082-MSS-DE-040312360

Bankruptcy Case Number: 25-02847



17082-MSS-DE-040312360

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2025, at 8:19 o'clock PM MST, LATONYA S MALONE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  November 14, 2025         By:   /s/Orsolya K Lazar

                                 Name: Orsolya K Lazar

                                 Title: Executive Director