# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02847  **Case Name:** LaTonya Shadelia Malone

**Set:** 01/29/2026 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #16) - AGREED ORDER TO BE SUBMITTED BY WILSON

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Brian Wilson to submit an Agreed Order on the Trustee's Objection [16]. Order due by 02/12/2026. Confirmation hearing removed. (mcc)