United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                              Case No. 25-02847-KMS
LaTonya Shadelia Malone                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                            Page 1 of 1
Date Rcvd: Jan 26, 2026                  Form ID: pdf012                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LaTonya Shadelia Malone, P.O. Box 194, Brude, MS 39630-0194 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026                                   Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net   sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor LaTonya Shadelia Malone trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 26, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   LATONYA SHADELIA MALONE,
         DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-02847-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S**
**OBJECTION TO CONFIRMATION**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation (Docket No. 16), and the Debtor has agreed the amount paid to the unsecured creditors should be increased.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to pay at least $15,000.00 to the timely filed and allowed unsecured creditors.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

–1–

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr., Attorney
For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net