United States Bankruptcy Court
Southern District of Mississippi

In re:                                                  Case No. 25-02847-KMS
LaTonya Shadelia Malone                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                            User: mssbad                            Page 1 of 3
Date Rcvd: Jan 28, 2026                      Form ID: n031                        Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LaTonya Shadelia Malone, P.O. Box 194, Brude, MS 39630-0194 |
| 5587173 | + | Charles Malone, P.O. Box 387, Fayette, MS 39069-0387 |
| 5587175 | | Cleo, 1209 Orange ST, Daly City, CA 94016 |
| 5587178 | | Dave, 265 S Cochran Ave, Los Angeles, CA 90019 |
| 5587185 | ++ | MISSISSIPPI DHS FEDERAL CREDIT UNION, 767 N PRESIDENT ST, JACKSON MS 39202-3002 address filed with court:, Ms Dhs Fcu, P.o. Box 9602, Jackson, MS 39286 |
| 5587190 | | Zip, Inc., PMB 59872, New York, NY 10003-1502 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5587168 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 28 2026 19:34:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5587169 | ^ | MEBN | Jan 28 2026 19:28:34 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5594970 | + | Email/Text: bankruptcy@acacceptance.com | Jan 28 2026 19:29:00 | American Credit Acceptance, 961 East Main St, Spartanburg, SC 29302-2149 |
| 5587170 | + | Email/Text: bankruptcy@bestwayrto.com | Jan 28 2026 19:30:00 | Bestway Rental Inc, Attn: Bankruptcy Dept, 2703 Telecom Pkw Suite 190, Richardson, TX 75082-3558 |
| 5587171 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Jan 28 2026 19:29:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5587172 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 28 2026 19:29:00 | CashNet USA, 175 W Jackson, Ste 600, Chicago, IL 60604-2948 |
| 5587174 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jan 28 2026 19:29:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5587176 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 28 2026 19:29:00 | Consumer Portfolio Services, Inc., PO Box 57071, Irvine, CA 92619-7071 |
| 5587177 | ^ | MEBN | Jan 28 2026 19:28:23 | Cornerstone, Attn: Bankruptcy Dept, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 5587179 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 28 2026 19:29:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5587180 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 28 2026 19:33:59 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5593936 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2026 19:29:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5587181 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: n031 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 28 2026 19:29:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5587182 | | Email/Text: customerservice.us@klarna.com | Jan 28 2026 19:29:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5587183 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2026 19:33:51 | LVNV Funding LLC, Resurgent Capital Servi, Po Box 1269, Greenville, SC 29602-1269 |
| 5599003 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2026 19:33:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5587184 | + | Email/Text: bankruptcy@moneylion.com | Jan 28 2026 19:29:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5594988 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2026 19:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5609849 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2026 19:29:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5587186 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jan 28 2026 19:29:00 | Sezzle, 251 N 1st Ave, Minneapolis, MN 55401 |
| 5587187 | + | Email/Text: operations@tilt.com | Jan 28 2026 19:29:00 | Tilt, 660 York St, San Francisco, CA 94110-2101 |
| 5597054 | + | Email/Text: EBN@edfinancial.com | Jan 28 2026 19:29:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |
| 5610914 | + | Email/Text: peritus@ebn.phinsolutions.com | Jan 28 2026 19:30:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 5587188 | ^ | MEBN | Jan 28 2026 19:28:16 | Westlake Portfolio, Attn: Bankruptcy, P.O. Box 76809, Los Angeles, CA 90076-0809 |
| 5587189 | + | Email/Text: bk@worldacceptance.com | Jan 28 2026 19:29:00 | Wfc, Attn: Bankruptcy, P.O.Box 6429, Greenville, SC 29606-6429 |
| 5593814 | + | Email/Text: bk@worldacceptance.com | Jan 28 2026 19:29:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2026         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jan 28, 2026 | Form ID: n031 | Total Noticed: 32 |

**below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor LaTonya Shadelia Malone trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02847−KMS
**Chapter:** 13

**In re:**

LaTonya Shadelia Malone
aka Latonya Malone
P.O. Box 194
Brude, MS 39636

Notice of Entry of Order Confirming Plan

The Court entered an Order on January 28, 2026 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 28, 2026                         Danny L. Miller, Clerk of Court