UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
LaTONYA SHADELIA MALONE  
P.O. Box 194  
Brude, MS  39636

CHAPTER 13 PROCEEDING:  
25-02847 KMS

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor for the following reason: Order, dk#19, on Trustee's Objection to Confirmation, to pay $15,000.00 to timely filed and allowed unsecured claims. Additionally, the 910- auto claim of Consumer Portfolio Servies is more than provided for in the plan.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $901.40 per month beginning with the month of April 07, 2026.

RESPECTFULLY SUBMITTED: February 18, 2026

/s/ DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS  39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day, February 18, 2026.

DEBTOR:

LaTONYA SHADELIA MALONE  
P.O. Box 194  
Brude, MS  39636

ATTORNEY FOR DEBTOR:

THOMAS C. ROLLINS, JR  
P O Box 13767  
Jackson, MS  39236

U.S. TRUSTEE:

501 East Court Street  
Suite 6-430  
Jackson, MS  39201

/s/ DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE