**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **LaTonya Shadelia Malone, Debtor**          Case No. 25-02847-KMS
                                                                                  **CHAPTER 13**

**NOTICE**

Debtor has filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: April 22, 2026              Signature:   /s/ Thomas C. Rollins, Jr.
                                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                                             Jennifer A Curry Calvillo (MSBN 104367)
                                                             The Rollins Law Firm, PLLC
                                                             P.O. Box 13767
                                                             Jackson, MS 39236
                                                             trollins@therollinsfirm.com
                                                             601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    LaTonya Shadelia Malone, Debtor          Case No. 25-02847-KMS
                                                                                **CHAPTER 13**

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor needs to replace the stove at her residence.

3. Debtor is requesting this Honorable Court to suspend any past due plan payments and one (1) month of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of June 2026.

4. Debtor wishes to resume making plan payments beginning in July 2026.

5. Debtor is requesting that her Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded onApril 22, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LATONYA SHADELIA MALONE

CASE NO: 25-02847-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/23/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/23/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LATONYA SHADELIA MALONE

CASE NO: 25-02847-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/23/2026, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/23/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-02847-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED APR 22 13-38-5 PST 2026

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO  CA 94108-2716

AFTERPAY
222 KEARNY ST 600
SAN FRANCISCO  CA 94108-4509

AMERICAN CREDIT ACCEPTANCE
961 EAST MAIN ST
SPARTANBURG  SC 29302-2149

BESTWAY RENTAL INC
ATTN BANKRUPTCY DEPT
2703 TELECOM PKW SUITE 190
RICHARDSON  TX 75082-3558

CASHAPP
1955 BROADWAY  SUITE 6
OAKLAND  CA 94612-2205

CASHNET USA
175 W JACKSON
STE 600
CHICAGO  IL 60604-2948

CHARLES MALONE
PO BOX 387
FAYETTE  MS 39069-0387

CHIMEFINAL
ATTN BANKRUPTCY
PO BOX 417
SAN FRANCISCO  CA 94104-0417

CLEO
1209 ORANGE ST
DALY CITY  CA 94016

CONSUMER PORTFOLIO SERVICES  INC
PO BOX 57071
IRVINE  CA 92619-7071

CORNERSTONE
ATTN BANKRUPTCY DEPT
120 N SEVEN OAKS DR
KNOXVILLE  TN 37922-2359

DAVE
265 S COCHRAN AVE
LOS ANGELES  CA 90019

FINGERHUT
ATTN BANKRUPTCY
6250 RIDGEWOOD ROAD
SAINT CLOUD  MN 56303-0820

FIRST PREMIER
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

JEFFERSON CAPITAL
ATTN BANKRUPTCY
200 14TH AVE E
SARTEKK  MN 56377-4500

EXCLUDE

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)KLARNA INC
ATTN BANKRUPTCY
PO BOX 8116
COLUMBUS OH 43201-0116

LVNV FUNDING LLC
RESURGENT CAPITAL SERVI
PO BOX 1269
GREENVILLE  SC 29602-1269

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MONEY LION
PO BOX 1547
SANDY  UT 84091-1547

(P)MISSISSIPPI DHS FEDERAL CREDIT UNION
767 N PRESIDENT ST
JACKSON MS 39202-3002

PREMIER BANKCARD  LLC
JEFFERSON CAPITAL SYSTEMS  LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD  MN 56302-7999

QUANTUM3 GROUP LLC AS AGENT FOR
BLST MARKETING SALES  RECEIVABLES LLC
PO BOX 788
KIRKLAND  WA  98083-0788

(P)SEZZLE INC
BANKRUPTCY DEPARTMENT
700 NICOLLET MALL
STE 640
MINNEAPOLIS MN 55402-2050

~~EXCLUDE~~

TILT
660 YORK ST
SAN FRANCISCO  CA 94110-2101

US DEPARTMENT OF EDUCATION
120 N SEVEN OAKS DRIVE
KNOXVILLE TN 37922-2359

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

WESTLAKE  CO PERITUS PORTFOLIO SERVICES II
PO BOX 1149
GRAPEVINE  TX 76099-1149

WESTLAKE PORTFOLIO
ATTN BANKRUPTCY
PO BOX 76809
LOS ANGELES  CA 90076-0809

WFC
ATTN BANKRUPTCY
POBOX 6429
GREENVILLE  SC 29606-6429

~~EXCLUDE~~

WORLD ACCEPTANCE CORP
WORLD ACCEPTANCE CORP ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE  SC 29606-6429

ZIP  INC
PMB 59872
NEW YORK  NY 10003-1502

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

DEBTOR

LATONYA SHADELIA MALONE
PO BOX 194
BRUDE  MS 39630-0194

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~