

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

   LaTONYA SHADELIA MALONE
   P.O. Box 194
   Brude, MS  39636

CHAPTER 13 PROCEEDING:
25-02847 KMS

SSN:  XXX-XX-8155

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   MISSISSIPPI DEPT OF HUMAN SERVICES
   attn: Payroll Dept
   200 SOUTH LAMAR STREET
   JACKSON, MS  39201

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net